**MEISSNER, KLEINBERG & FINKEL, LLP.**
275 MADISON AVENUE, SUITE 1000
NEW YORK, NEW YORK 10016-1101
(212) 689-8600
TELECOPIER (212) 686-0252

GEORGE S. MEISSNER
RONALD M. KLEINBERG
RICHARD A. FINKEL

LAUREL J. WEINBERG*
PHILIP M. MEISSNER*

* ADMITTED IN NEW YORK AND FLORIDA

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT. E.D.N.Y.
★ DEC 28 2005 ★
BROOKLYN OFFICE

December 14, 2005

**VIA FACSIMILE**
Hon. Allyne R. Ross
United States Courthouse
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

*Application granted.*
*So ordered.* s/Allyne Ross  USDJ
12/14/05
cc: Counsel
PTS officer

Re: *United States v. Stanley Sukholinskiy*
    Indictment No. 05-CR-842 (ARR)

Dear Judge Ross:

We respectfully request permission for Mr. Sukholinskiy to travel to Palm Coast, Florida, departing on Friday, December 16 and returning Sunday, December 18. The purpose of this trip is for Mr. Sukholinskiy to visit his uncle to discuss opening a construction company in Palm Coast. I have spoken to A.U.S.A. Scott Morvillo, who consents to the excursion. Mr. Morvillo also notified me that the Pretrial Services Officer, Melissa Roman, has no objection to the trip.

Thank you kindly for your courtesies in this matter.

Very truly yours,

Ronald M. Kleinberg

cc:    A.U.S.A. Scott Morvillo

## MEISSNER, KLEINBERG & FINKEL, LLP.
275 MADISON AVENUE / SUITE 1000
NEW YORK, NEW YORK 10016-1101
212- 689-8600
TELECOPIER: 212- 686-0252

GEORGE S. MEISSNER

RONALD M. KLEINBERG

RICHARD A. FINKEL

LAUREL J. WEINBERG*
PHILIP M. MEISSNER*

*Admitted in New York and Florida

**DATE:** December 14, 2005      **TIME:**

**TO:** Hon. Allyne R. Ross

**FIRM:** United States Courthouse, E.D.N.Y.

**FAX NO.:** (718) 260-2386

**FROM:** Ronald M. Kleinberg, Esq.

**MATTER:** *United States v. Stanley Sukholinskiy*, 05 CR 842 (ARR)

**Number of Pages to Follow:** 1          **Matter #**

___ YOUR INFORMATION          ___ REVIEW & CALL ME
_X_ FOR YOUR APPROVAL          ___ REVIEW & FILE
___ YOUR COMMENTS              ___ PLEASE CALL ME UPON RECEIPT
___ AS PER DISCUSSION          ___ PHOTOCOPY/RETURN PHOTOCOPY WITH YOUR SIGNATURE

**REMARKS:**

**PLEASE TAKE NOTICE:**
IF YOU DO NOT RECEIVE ALL MATERIALS BEING TRANSMITTED, PLEASE CALL OUR OFFICE: (212) 689-8600
-THIS FAX IS CONFIDENTIAL AND IS INTENDED ONLY FOR THE ABOVE-NAMED PARTY.
-THE TELECOPIER NUMBER OF THIS OFFICE HAS *NOT* BEEN DESIGNATED AS A MEANS FOR THE RECEIPT OF THE SERVICE OF DOCUMENTS OR PAPERS IN ANY ACTION OR PROCEEDING. See CPLR §2103(b)(5).